Certificate Number: 05741-ILN-CC-004159937

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 5, 2008, at 2:10 o'clock PM CDT,

Jorge A. Pundavela Sr. received from

Institute for Consumer Credit Education,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted in person.

Date: June 5, 2008          By  *Ozell Edwards*

Name  Ozell Edwards

Title  Director of Counseling

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 05741-ILN-CC-004160007

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 5, 2008, at 2:16 o'clock PM CDT,

Flora F. Pundavela received from

Institute for Consumer Credit Education,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted in person.

Date: June 5, 2008         By  *Ozell Edwards*

                           Name  Ozell Edwards

                           Title  Director of Counseling

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).